UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| RICK AXLEY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| CAROLYN W. COLVIN, | CASE NO: 18-1106-STA-cgc |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Sentence Four Remand entered on April 10, 2019, the Motion to Remand is GRANTED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/10/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk